1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL W. REDDINT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

FILED

JAN 16 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

MARIO GONZALEZ,

          Defendant,

CASE NO. 2:20-MJ-0009 EFB

[~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT

The government's request to unseal the complaint and this case is GRANTED.

Dated: Jan 16, 2020

_____
HON. ~~EDMUND F. BRENNAN~~ KENDALL J. NEWMAN
U.S. Magistrate Judge